Sakima Iban **SALIH EL BEY**, Great Seal National State of Moorish Affairs Moorish Republic Federal Government, Plaintiff—Appellant,

v.

**HEIFNER**, Officer; Chipman, Officer; Charlotte–Mecklenburg Police Department; North Carolina Department of Motor Vehicles; North Carolina State; Diggs, Magistrate; Cayer, Magistrate; Peter Gilchrist, District Attorney, Defendants—Appellees.

No. 03–1968.

United States Court of Appeals, Fourth Circuit.

Submitted: May 12, 2004.

Decided: June 2, 2004.

Sakima Iban Salih El Bey, Appellant pro se.

Mark H. Newbold, Deputy City Attorney, John Dennis Joye, Assistant City Attorney, Charlotte, North Carolina; Karen Anne Blum, Assistant Attorney General, William McBlief, Claude Norman Young, Jr., Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sakima Iban Salih El Bey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bey v. Heifner,* No. CA–02–459–2–MU–3 (W.D.N.C. Aug. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*